1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

8

AT SEATTLE

9

10 | UNITED STATES OF AMERICA, )

11 |         Plaintiff, )      CASE NO.   CR06-198 RSL

12 |     v. )

13 |                  )      DETENTION ORDER

GABRIEL SILVA-CHAVEZ, )

14 |        Defendant. )

15 |_____)

16 Offense charged:

17       Conspiracy to Distribute Cocaine, Heroin and Methamphetamine

18 Date of Detention Hearing: June 13, 2006

19       The Court, having conducted an uncontested detention hearing pursuant to Title

20 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for

21 detention hereafter set forth, finds that no condition or combination of conditions which the

22 defendant can meet will reasonably assure the appearance of the defendant as required and

23 the safety of any other person and the community.  The Government was represented by

24 Todd Greenberg.  The defendant was represented by Michael Martin.

25 //           //         //

26

DETENTION ORDER
PAGE -1-

1

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

2    (1)    There is probable cause to believe the defendant committed the drug

3            offense.  The maximum penalty is in excess of ten years.  There is

4            therefore a rebuttable presumption against the  defendant's release based

5            upon both dangerousness and flight risk, under Title 18 U.S.C. §

6            3142(e).

7    (2)    The defendant is a citizen of Mexico with no known ties to the Western

8            District of Washington and an ICE detainer has been filed in this case by

9            the Bureau of Immigration and Customs Enforcement.

10    (3)    Defendant is viewed as a risk of danger due to the nature of the instant

11           offense.

12    (4)    Defendant stipulated to detention.

13    (5)    Based upon the foregoing information, it appears that there is no

14           condition or combination of conditions that would reasonably assure

15           future Court appearances and/or the safety of other persons or the

16           community.

17

**It is therefore ORDERED**:

18    (l)    The defendant shall be detained pending trial and committed to the

19           custody of the Attorney General for confinement in a correction facility

20           separate, to the extent practicable, from persons awaiting or serving

21           sentences or being held in custody pending appeal;

22    (2)    The defendant shall be afforded reasonable opportunity for private

23           consultation with counsel;

24    (3)    On order of a court of the United States or on request of an attorney for

25           the Government, the person in charge of the corrections facility in which

26           the defendant is confined shall deliver the defendant to a United States

DETENTION ORDER
PAGE -2-

1    Marshal for the purpose of an appearance in connection with a court

2    proceeding; and

3    (4)    The clerk shall direct copies of this order to counsel for the United

4          States, to counsel for the defendant, to the United States Marshal, and to

5          the United States Pretrial Services Officer.

6    DATED this 14th day of June, 2006.

7

8

9    _____

10   MONICA J. BENTON
     United States Magistrate Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

DETENTION ORDER
PAGE -3-